DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAYCOBBY R. DUKES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-3990

[June 28, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura S. Johnson, Judge; L.T. Case No. 50-2014-CF-006113-AXXX-MB.

Antony P. Ryan, Regional Counsel, West Palm Beach, and Dan Hallenberg, Special Assistant Regional Counsel, Fort Lauderdale, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Georgina Jimenez-Orosa, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***